UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dennis Alphonzo Parker**             **Docket No. 4:16-CR-19-1FL**

**Petition for Action on Supervised Release**

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dennis Alphonzo Parker, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on September 8, 2016, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Dennis Alphonzo Parker was released from custody on March 14, 2018, at which time the term of supervised release commenced. On April 17, 2018, a Violation Report was filed advising the defendant tested positive for marijuana and Amphetamines on April 2, 2018, which was reported as use prior to his release from the Bureau of Prisons. Due to his recent enrollment in the Surprise Urinalysis Program (SUP) and his referral for a substance abuse assessment, no further court action was recommended. On June 27, 2018, a second Violation Report was filed advising Parker tested positive for marijuana on June 21, 2018. A verbal reprimand was issued, and the defendant agreed to increased urinalysis testing and increased substance abuse counseling.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 9, 2018; July 18, 2018; and July 24, 2018, Parker tested positive for marijuana. He admitted to drug use, and signed an Admission of Use Form. Therefore, as one last effort to deter his continued drug use, a 45-day period of Location Monitoring (Curfew) is recommended. As an intervention method, Parker has also been recommended for weekly substance abuse counseling. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 45 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

/s/ Timothy L. Gupton
Timothy L. Gupton
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: August 9, 2018

## ORDER OF THE COURT

Considered and ordered this 9th day of August, 2018, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge